**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Carlos D. Martinez, Esq.
cmartinez@scura.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**ROBERT J. HEMSING,**<br><br><br>DEBTOR. | Case No. 23-10037 (KCF)<br><br>Chapter 11 |

### NOTICE OF MOTION FOR AN ORDER TO DISALLOW
### PROOF OF CLAIM NO. FIFTEEN FILED BY ULE GROUP CORP.

The Debtor has filed papers with the Court for an Order disallowing your claim.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to rule in the Movant's favor, or if you want the Court to consider your views on this motion, then on or before the scheduled hearing, you or your attorney must:

File with the Court a written request for a hearing (or, *if the Court requires a written response*, an answer, explaining your position(s)) at:

UNITED STATES BANKRUPTCY COURT
402 EAST STATE STREET
TRENTON, N.J. 08608

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

> CARLOS D. MARTINEZ, ESQ.
> SCURA, WIGFIELD, HEYER,
> STEVENS & CAMMAROTA, LLP
> 1599 HAMBURG TURNPIKE
> WAYNE, NJ 07470

And:

> U.S. TRUSTEE
> US DEPT OF JUSTICE
> OFFICE OF THE US TRUSTEE
> ONE NEWARK CENTER STE 2100
> NEWARK, NJ 07102

Attend the hearing scheduled before the Honorable Kathryn C. Ferguson in the United States Bankruptcy Court located at 402 East State St., Trenton, New Jersey on **July 11, 2023 at 10:00 a.m.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

**PLEASE TAKE FURTHER NOTICE** that oral argument is only requested if the motion is contested or so directed by the Court; and

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely on the attached certification in support of the motion.

> **SCURA, WIGFIELD, HEYER,**
> **STEVENS & CAMMAROTA, LLP**
> Attorney for the Debtors
>
> By:  /s/ Carlos D. Martinez
>          Carlos D. Martinez, Esq.

Dated: June 7, 2023