**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Carlos D. Martinez, Esq.
cmartinez@scura.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:* | Case No. 23-10037 (KCF) |
| ROBERT J. HEMSING, | Chapter 11 |
| Debtor. | Hon. Kathryn C. Ferguson |
| | Hearing Date: July 11, 2023 at 10 a.m. |

**CERTIFICATION OF DEBTOR IN SUPPORT OF DEBTOR'S
OBJECTION TO CLAIM NO. 15 FILED BY ULE GROUP CORP.**

I, Robert J. Hemsing, of full age, certify as follows:

1.  I make this certification in support of my objection to Proof of Claim No. 4 (the "Claim") filed by ULE Group Corp. ("Creditor") in the above captioned Chapter 11 Bankruptcy Case.

2.  On January 3, 2023, I filed the above-referenced Chapter 11 bankruptcy case.

3.  Prior to the Petition Date, I operated two electrical services companies (Dooley Electric NY Co. Inc. and Dooley Electric NJ Co. Inc – collectively the "Dooley Companies"). Due to a decrease in business income caused by labor costs overruns on several electrical projects, both businesses suffered losses. As a result, the businesses shut down and filed an Assignment for the Benefit of Creditors (the "Dooley ABCs"). I filed this bankruptcy because of the businesses shutting down and judgments being filed against me personally.

1

4. On March 10, 2023, Creditor filed the Claim for an "unknown" amount alleging that the basis for the Claim was "Creditor's contracts with Dooley Electric Company Inc."

5. Upon information and belief, the Creditor's Claim is owed by one of the Dooley Companies and will be paid by the Dooley ABCs.

6. Upon information and belief, I never signed any legally binding document that would make me liable or co-debtor to the Creditor's Claim owed.

7. Upon information and belief, I never signed a personal guarantee that would make me liable to pay back the Creditor's Claim.

I hereby certify that the foregoing statements made by me are true and that if any of these statements are willfully false that I am subject to punishment.

Dated: June 7, 2023                                    /s/ Robert J. Hemsing
                                                       Robert J. Hemsing